IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 13 |
| Jerome Shneider, ) | Case No. 14-10057 |
| ) | Judge Jack B. Schmetterer |
| Debtor. ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **1st** day of **March, 2017** at **9:30 a.m.** or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the room usually occupied by him, Courtroom 682 in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other Judge who may be sitting in his place and present the **Application of Debtor for Hardship Discharge**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/John H. Redfield
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached **Application of Debtor for Hardship Discharge** to be served on all the parties listed on the attached Service List via first class mail, properly addressed, postage pre-paid, on the 19th day of January, 2017, before the hour of 5:00 p.m.

/s/John H. Redfield

**DEBTOR'S COUNSEL**:
John H. Redfield (Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\JHR\Shneider\hardship discharge.MOT.wpd

## SERVICE LIST

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Jerome Shneider
3521 River Falls Drive
Northbrook, IL 60062

Ally Financial, Inc.
PO Box 9001951
Louisville, KY 40290-1951

American Express
Box 0001
Los Angeles, CA 90096-8000

AT&T Universal Card
Processing Center
Des Moines, IA 50363-0001

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Chase
PO Box 15123
Wilmington, DE 19850-5123

Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

Citi Cards
Processing Center
Des Moines, IA 50363-0001

Sears Mastercard
P.O. Box 183082
Columbus, OH 43218

Slate from Chase
PO Box 15123
Wilmington, DE 19886-5153

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 13 |
| Jerome Shneider, ) | Case No. 14-10057 |
| ) | Judge Jack B. Schmetterer |
| Debtor. ) | |

**APPLICATION OF DEBTOR FOR HARDSHIP DISCHARGE**

(Petition Pursuant to 11 U.S.C. § 1328(b).)

The Debtor herein, Jerome Shneider, ("Debtor"), by and through his attorneys, John H. Redfield and the law firm of Crane, Heyman, Simon, Welch & Clar, apply for a hardship discharge pursuant to 11 U.S.C. § 1328(b), by stating as follows:

1. On March 20, 2014, the Debtor filed a petition for an order for relief under Chapter 13 of the Bankruptcy Code (the "Petition Date").

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334 and it is "core" matter pursuant to 28 U.S.C. § 157(b)(2)(A),(I),(J) and (O).

3. On September 24, 2014, the Debtor's Plan was modified providing for a 100% payment to general unsecured creditors at the monthly rate of $770 ("Plan").

4. The Debtor has made payments since the filing of the case aggregating the approximate sum of $33,700.00.

5. At the time of Confirmation, the Debtor was the owner of non-exempt property having a liquidation value of approximately $5,500 after deducting claimed exemptions.

6. As set forth in the Affidavit of Jerome Shneider, attached as **Exhibit A**, he has terminal cancer and is not able to work.

7.      As a result of the terminal cancer, the Debtor will not be able to make his monthly Chapter 13 payment of $770.

8.      In order to receive a hardship discharge pursuant to 11 U.S.C. Section 1328(b), the following three (3) elements must be fulfilled:

> "1) The debtor's failure to complete such payments is due to circumstances for which the debtor should not justly be held accountable;
>
> 2) The value, as of the effective date of the plan, of the property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount it would have been paid on such claim if the estate of the Debtor had been liquidated under Chapter 7 of this title on such date; and
>
> 3) modification of the plan under Section 1329 of this title is not practicable.

9.      For the reasons set forth above, the Debtor should not be held accountable for his terminal illness. The Debtor has paid significantly more than the liquidation value of his estate as of the effective date of the Plan and it would not be practicable to modify the plan due to the severity of the Debtor's illness and his inability to earn a living.

10.      Pursuant to Bankruptcy Rule 4007(d), the Debtor sent his creditors a thirty (30) day notice advising them of their right to file a dischargeability complaint pursuant to 11 U.S.C. §523(a)(6) as set forth in **Exhibit B** attached hereto.

WHEREFORE, Jerome Shneider, the Debtor herein, requests an order granting a hardship discharge pursuant to 11 U.S.C. §1328(b), and for such other order as the Court deems just and proper.

> Respectfully submitted,
>
> Jerome Shneider, Debtor
>
> By: /s/John H. Redfield
> One of their attorneys

**DEBTORS' COUNSEL**:
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
W:\JHR\Shneider\hardship discharge.MOT.wpd